IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

JACKSON ALEXANDER,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

Case No.  5D22-2306
LT Case No. 2016-CF-0063-A

_____/

Opinion filed December 30, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Jackson Alexander, Florida City, pro se.

No Appearance for Appellee.

PER CURIAM.

This court previously affirmed the trial court's order(s) denying Appellant's motion for postconviction relief in Seminole County Circuit Court Case No. 2016-CF-0063-A. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous,

Appellant is cautioned that any further pro se filings in this court asserting claims stemming from Seminole County Circuit Court Case No. 2016-CF-0063-A may result in sanctions such as a bar on pro se filings in this court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2019); State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999).

APPELLANT CAUTIONED.

LAMBERT, C.J., WALLIS, and EISNAUGLE, JJ., concur.